# U.S. Equal Employment Opportunity Commission

## Notification & Acknowledgement of Dual-Filed Charge

(This Notice replaces EEOC FORM 212-A)

## DIGITAL CHARGE SYSTEM

04/08/2021
EEOC Number: 530-2021-02630C
FEPA Number:

This is notice that a charge of employment discrimination, William M Gumhold v. BOB'S DISCOUNT FURNITURE was initially received by Philadelphia District Office on 04/07/2021, and will be dual-filed with Pennsylvania Human Relations Commission.

Pursuant to the work sharing agreement, the Philadelphia District Office will Investigate Charge.

The Pennsylvania Human Relations Commission acknowledges receipt of the referenced charge, William M Gumhold v. BOB'S DISCOUNT FURNITURE, and intends to Defer Investigation.

Issued by: Date:

Dianna I Schley, I2  04/08/2021
Philadelphia District Office

Acknowledged by: Date:

Carrie Simmons, S3  04/08/2021
Pennsylvania Human Relations Commission